1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION
13

14  KATHERINE A. ARELLANO KEHM,      )  Civil No. 2:16-cv-01918-AC
                                     )
15        Plaintiff,                 )  **STIPULATION AND ~~PROPOSED~~ ORDER**
                                     )  **FOR A FIRST EXTENSION OF TIME**
16        v.                         )  **FOR DEFENDANT TO FILE HER MSJ**
                                     )
17  NANCY A. BERRYHILL,              )
18  Acting Commissioner of Social Security,  )
                                     )
19        Defendant.                 )
                                     )
20  _____  )

21        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

23  file her motion for summary judgment.  Defendant respectfully requests this additional time

24  because of a very heavy workload, and in order to further consider the issues raised in Plaintiff's

25  MSJ for the possibility of voluntary remand.

26

27

28  Stip. to Extend Def.'s MSJ


                                        1

The new due date for Defendant's MSJ will be Friday, September 8, 2017.

Respectfully submitted,

Date: _August 9, 2017_                WEEMS LAW OFFICES

                          By:  _/s/ Robert Weems*_
                               ROBERT WEEMS
                               _* By email authorization on August 8, 2017_
                               Attorney for Plaintiff

Date: _August 9, 2017_                PHILLIP A. TALBERT
                               United States Attorney

                          By:  _/s/ Michael K. Marriott_
                               MICHAEL K. MARRIOTT
                               Special Assistant United States Attorney
                               Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: _August 10, 2017_

HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ