1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

13

14 KATHERINE A. ARELLANO KEHM,        ) Civil No. 2:16-cv-01918-AC
                                      )
15        Plaintiff,                  ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
                                      ) **FOR A SECOND EXTENSION OF TIME**
16        v.                          ) **FOR DEFENDANT TO FILE HER MSJ**
                                      )
17 NANCY A. BERRYHILL,                )
18 Acting Commissioner of Social Security, )
                                      )
19        Defendant.                  )
                                      )
20 ─────────────────────────────────

21        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22 with the approval of the Court, that Defendant shall have a second extension of time of 14 days

23 to file her motion for summary judgment. Defendant respectfully requests this additional time

24 because the parties are still considering the issues Plaintiff raised and the certified administrative

25 record for the possibility of voluntary remand in lieu of further litigation.

26

27

28 Stip. to Extend Def.'s MSJ

                                                  1

The new due date for Defendant's MSJ will be Friday, September 22, 2017.

Respectfully submitted,

Date: *September 8, 2017*  WEEMS LAW OFFICES

By: */s/ Robert Weems*\*
ROBERT WEEMS
\* *By email authorization on September 7, 2017*
Attorney for Plaintiff

Date: *September 8, 2017*  PHILLIP A. TALBERT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: September 8, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2