1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
6          San Francisco, California 94105
           Telephone: (415) 977-8985
7          Facsimile: (415) 744-0134
           E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE A. ARELLANO KEHM, ) | Civil No. 2:16-cv-01918-AC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A THIRD EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER MSJ** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because the parties are still evaluating the record for the possibility of voluntary remand, a time-consuming process because of the relative lengthiness of the certified administrative record of over 1,200 pages.

///

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ will be Friday, October 6, 2017.

Respectfully submitted,

Date: *September 22, 2017*  WEEMS LAW OFFICES

By: */s/ Robert Weems**
ROBERT WEEMS
* *By email authorization on September 22, 2017*
Attorney for Plaintiff

Date: *September 22, 2017*  PHILLIP A. TALBERT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: September 22, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ